No. 42. CAMPBELL, COMMISSIONER OF AGRICULTURE OF GEORGIA, ET AL. *v.* HUSSEY ET AL. Appeal from the United States District Court for the Southern District of Georgia. (Probable jurisdiction noted, 365 U. S. 866.) Motion of the Solicitor General for leave to participate in oral argument, as *amicus curiae,* granted. *Solicitor General Cox* on the motion.

No. 46. HUTCHESON *v.* UNITED STATES. Certiorari, 365 U. S. 866, to the United States Court of Appeals for the District of Columbia Circuit. Motion of *M. Joseph Matan* for leave to withdraw his appearance as counsel for petitioner granted.

No. 66. BLAU *v.* LEHMAN ET AL. Certiorari, 366 U. S. 902, to the United States Court of Appeals for the Second Circuit. Motion of the Society of Corporate Secretaries for leave to file brief, as *amicus curiae,* granted. *Bruce Bromley* on the motion.

No. 74. FEDERAL TRADE COMMISSION *v.* HENRY BROCH & Co. Certiorari, 366 U. S. 923, to the United States Court of Appeals for the Seventh Circuit. Motion of respondent to remove this case from the summary calendar granted. *Frederick M. Rowe, Joseph DuCoeur* and *Harold Orlinsky* on the motion.

No. 242. GLIDDEN COMPANY *v.* ZDANOK ET AL. Certiorari, *ante,* p. 814, to the United States Court of Appeals for the Second Circuit. Motion of the United States for leave to intervene granted. *Solicitor General Cox* on the motion.

No. 461, Misc. CRISAFI *v.* MCGEE, CORRECTIONS DIRECTOR, ET AL. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari denied.